IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY**     PLAINTIFF

vs.     Civil Action No. 3:09-cv-112 HTW-LRA

**CNH AMERICA LLC; SCOTT EQUIPMENT COMPANY, LLC**     DEFENDANTS

## JUDGMENT ON JURY VERDICT

This matter came on to be tried before this court and a jury composed of seven (7) persons.

After the issues having been duly tried, and due deliberation by the jury, a verdict in favor of the defendants was returned.

IT IS, THEREFORE, ORDERED AND ADJUDGED that judgment is entered in favor of the defendants, and against the plaintiff, and this matter is dismissed with prejudice. Defendants are entitled to their costs of court.

**SO ORDERED AND ADJUDGED, this the 26th day of March, 2010.**

           s/ HENRY T. WINGATE
           CHIEF JUDGE
           UNITED STATES DISTRICT COURT